UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JAHMON TAYLOR,

    Petitioner,

v.

    No. 1:25-CV-00183-H

MARCELLO VILLEGAS,

    Respondent.

## ORDER

Petitioner Jahmon Taylor filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his allegedly prolonged immigration detention without bond. *See* Dkt. No. 1. Petitioner seeks immediate release. *Id.* at 7. Respondent filed a response in opposition to the petition along with relevant records. Dkt. Nos. 6, 7. Petitioner did not file a reply.

Respondent argues that the petition should be dismissed because Petitioner may seek bond from the Immigration Court but has failed to submit documentation to that Court, and because Petitioner is not entitled to relief from this Court. *See* Dkt. No. 6.

The Court has reviewed Petitioner's pleadings and Respondent's response with the attached records and, based upon the facts and the law set forth in Respondent's response, the Court finds that the petition is without merit and must be denied and dismissed with prejudice.

All relief not expressly granted and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated February 6, 2026.

                                                JAMES WESLEY HENDRIX
                                                United States District Judge